IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


RONALD L. PHILLIPS,        )
                                     )
    Plaintiff,          )
                                     )      CIVIL ACTION NO.
    v.                )       2:11cv977-MHT
                                     )         (WO)
GOVERNOR ROBERT BENTLEY,   )
et al.,                   )
                                   )
    Defendant.         )

OPINION

Pursuant to 42 U.S.C.A. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about conditions of confinement to which he was previously subjected at the Elmore Correctional Facility.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to dismiss should be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of April, 2012.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE