IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RONALD L. PHILLIPS, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>GOVERNOR ROBERT BENTLEY, )<br>et al., )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:11cv977-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 36) is adopted.

(2) The plaintiff's motion to dismiss (Doc. No. 35) is granted.

(3) This lawsuit is dismissed without prejudice.

It is further ORDERED that no costs are taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 20th day of April, 2012.**

                                         /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**